# Order

Michigan Supreme Court
Lansing, Michigan

June 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136006

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DORETHA DENISE BRAY,
     Defendant,

and

YOU WALK BAIL BOND AGENCY, INC.,
     Appellant.
_____/

SC: 136006
COA: 271042
Oakland CC: 05-202140-FH

On order of the Court, the application for leave to appeal the November 29, 2007 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgments of the Court of Appeals and the Oakland Circuit Court, and we REMAND this case to the circuit court for reconsideration of appellant's motion to set aside the bond forfeiture judgment under the standards set forth in MCL 765.28(2) and MCL 600.4835.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2008

_____
Clerk

d0604